```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 28422
    LLOYD MCCLELLAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-2838


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/18/2005 and was confirmed 10/03/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.53% from remaining funds.

      The case was paid in full 04/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00              .00           .00
BANK OF AMERICA           UNSECURED OTH   11099.83              .00       4166.99
CERTIFED SVC              UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSECURED OTH    1367.61              .00        511.92
COMPUTER CREDIT           UNSECURED       NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED       NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED       NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED       NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED       NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED       NOT FILED             .00           .00
DEPT OF VETERANS AFFAIRS  UNSECURED OTH     154.27              .00         57.75
HEART SPECIALISTS INC     UNSECURED       NOT FILED             .00           .00
MEDICARE PART             UNSECURED       NOT FILED             .00           .00
MEDICAL COLLECTION        UNSECURED       NOT FILED             .00           .00
MEDICAL COLLECTION        UNSECURED       NOT FILED             .00           .00
NEPHROLOGY ASS OF N ILLI  UNSECURED       NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED OTH      77.05              .00         16.95
ROBERT F YARIO            UNSECURED       NOT FILED             .00           .00
ROBERT F YARIO            UNSECURED       NOT FILED             .00           .00
RUCH UNIVERSITY EMERGENC  UNSECURED       NOT FILED             .00           .00
RUCH UNIVERSITY EMERGENC  UNSECURED       NOT FILED             .00           .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED             .00           .00
RUSH PRESBYTERIAN ST LUK  UNSECURED       NOT FILED             .00           .00
RUSH UNIVERSITY MED CENT  UNSECURED       NOT FILED             .00           .00
RUSH UNIVERSITY MED CENT  UNSECURED       NOT FILED             .00           .00
RUSH UNIVERSITY MED CENT  UNSECURED       NOT FILED             .00           .00
VA HOSPITAL               UNSECURED       NOT FILED             .00           .00
SOUTHSIDE DIALYSIS CTR    UNSECURED OTH     267.69              .00        100.20
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,905.20                       1,905.20
TOM VAUGHN                TRUSTEE                                           440.99
DEBTOR REFUND             REFUND                                            200.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 28422 LLOYD MCCLELLAN
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 7,400.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       4,853.81
ADMINISTRATIVE                                  1,905.20
TRUSTEE COMPENSATION                              440.99
DEBTOR REFUND                                     200.00
                      ---------------      ---------------
TOTALS                  7,400.00                7,400.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```